**UNITED STATES of America,**
**Appellee,**

v.

**John PEREZ, Defendant–Appellant.**

**Docket No. 02–1670.**

United States Court of Appeals,
Second Circuit.

May 13, 2003.

Elizabeth S. Riker, Assistant United States Attorney (John E. Kelly, Jr.), for Glenn T. Suddaby, United States Attorney for the Northern District of New York, Syracuse, NY, for Appellee United States, of counsel.

Bruce R. Bryan, Syracuse, NY, for Defendant–Appellant John Perez.

Present: FEINBERG, KATZMANN, Circuit Judges, and MURTHA,[1] District Judge.

1. The Honorable J. Garvan Murtha of the United States District Court for the District of

**Summary Order**

**ORDERED, ADJUDGED AND DE-CREED** that the judgment of the District Court is **AFFIRMED.**

Upon due consideration of the arguments raised on appeal by the Defendant, we conclude that the challenged search was lawful substantially for the reasons given by the District Court in its thorough opinion.

Therefore, for the reasons stated above, the judgment of the District Court is hereby Affirmed.